

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00218-CV

**EX PARTE** Jake Alexander **GARCIA**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21969
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. No costs of appeal are assessed against appellant.

SIGNED December 12, 2018.

_____
Karen Angelini, Justice